## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Christopher Gerald Raab<br>aka Christopher G. Raab<br>aka Christopher Raab<br><br><br>Debtor | CHAPTER 13<br><br>BKY. NO. 18-17382 REF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Bayview Loan Servicing, LLC and index same on the master mailing list.

                                                          Respectfully submitted,
                                                        **/s/ Kevin G. McDonald, Esq.**
                                                        Kevin G. McDonald, Esquire
                                                        KML Law Group, P.C.
                                                        701 Market Street, Suite 5000
                                                        Philadelphia, PA 19106-1532
                                                        (215) 627-1322