United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-17382-ref
Christopher Gerald Raab                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv              Page 1 of 2               Date Rcvd: Dec 07, 2018
                              Form ID: 309I          Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2018.
db              Christopher Gerald Raab,    253 Main St,    Mohnton, PA  19540-2207
tr             +WILLIAM MILLERR,    Interim Chapter 13 Trustee,    2901 St. Lawrence Avenue, Suite 100,
                 Reading, PA 19606-2265
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14237498       +Bayview Loan Svc., LLC,    Kevin G. McDonald, Esq,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14226207        Berks County Court of Common Pleas,    633 Court St,    Reading, PA  19601-4302
14226229        Berks County Court of Common Pleas,    633 Court St,    Reading, PA19601-4302
14226208        Best Buy/CBNA,    PO Box 6497,    Sioux Falls, SD  57117-6497
14226230        Best Buy/CBNA,    PO Box 6497,    Sioux Falls, SD57117-6497
14226212        CGR Construction, Inc,    253 Main St,    Mohnton, PA  19540-2207
14226234        CGR Construction, Inc,    253 Main St,    Mohnton, PA19540-2207
14226209        Cabelas WFB,    PO Box 82608,    Lincoln, NE  68501-2608
14226231        Cabelas WFB,    PO Box 82608,    Lincoln, NE68501-2608
14226213        Chase Auto,    PO Box 901003,    Fort Worth, TX  76101-2003
14226214        Chase Mortgage,    PO Box 24696,    Columbus, OH  43224-0696
14226217        Denise L Zatratz,    253 Main St,    Mohnton, PA  19540-2207
14226218        Kozloff Stoudt Attorneys,    2640 Westview Dr,    Wyomissing, PA  19610-1186
14226226        VIST Bank,    PO Box 741,    Leesport, PA  19533-0741
14226248        VIST Bank,    PO Box 741,    Leesport, PA19533-0741
14226225       +Visions Federal Credit Union,    24 McKinley Ave,    Endicott, NY 13760-5491

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: shawn_lau@msn.com Dec 08 2018 03:28:46      SHAWN J. LAU,    Lau & Associates,
                 4228 St. Lawrence Avenue,    Reading, PA  19606
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 08 2018 03:29:47
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 08 2018 03:30:18      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Dec 08 2018 03:29:55      United States Trustee,
                 Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
14226206        E-mail/Text: bkmailbayview@bayviewloanservicing.com Dec 08 2018 03:30:19
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd Fl 5,    Miami, FL  33146-1837
14226228        E-mail/Text: bkmailbayview@bayviewloanservicing.com Dec 08 2018 03:30:19
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd Fl 5,    Miami, FL33146-1837
14226210        EDI: CAPITALONE.COM Dec 08 2018 08:13:00      Capital One / Boscov’s,    PO Box 30253,
                 Salt Lake City, UT  84130-0253
14226232        EDI: CAPITALONE.COM Dec 08 2018 08:13:00      Capital One / Boscov’s,    PO Box 30253,
                 Salt Lake City, UT84130-0253
14237938        EDI: CAPITALONE.COM Dec 08 2018 08:13:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
14226211        EDI: CAPITALONE.COM Dec 08 2018 08:13:00      Capital One/Best Buy,    PO Box 30253,
                 Salt Lake City, UT  84130-0253
14226233        EDI: CAPITALONE.COM Dec 08 2018 08:13:00      Capital One/Best Buy,    PO Box 30253,
                 Salt Lake City, UT84130-0253
14226215        E-mail/Text: bankruptcycollections@citadelbanking.com Dec 08 2018 03:31:02
                 Citadel Federal Credit Unio,    520 Eagleview Blvd,    Exton, PA  19341-1119
14226237        E-mail/Text: bankruptcycollections@citadelbanking.com Dec 08 2018 03:31:02
                 Citadel Federal Credit Unio,    520 Eagleview Blvd,    Exton, PA19341-1119
14226216        EDI: WFNNB.COM Dec 08 2018 08:13:00      Comenity Bank/TREK,    Comenity Bank/TREK,
                 PO Box 182789,    Columbus, OH  43218-2789
14227024       +EDI: PRA.COM Dec 08 2018 08:13:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14226220        EDI: RMSC.COM Dec 08 2018 08:14:00      SYNCB/ Sam’s Club DC,    PO Box 965036,
                 Orlando, FL  32896-5036
14226242        EDI: RMSC.COM Dec 08 2018 08:14:00      SYNCB/ Sam’s Club DC,    PO Box 965036,
                 Orlando, FL32896-5036
14226221        EDI: RMSC.COM Dec 08 2018 08:14:00      SYNCB/HH Gregg,    PO Box 965036,
                 Orlando, FL  32896-5036
14226243        EDI: RMSC.COM Dec 08 2018 08:14:00      SYNCB/HH Gregg,    PO Box 965036,    Orlando, FL32896-5036
14226222        EDI: RMSC.COM Dec 08 2018 08:14:00      SYNCB/Home Design-Outdoor Living,    PO Box 965036,
                 Orlando, FL  32896-5036
14226244        EDI: RMSC.COM Dec 08 2018 08:14:00      SYNCB/Home Design-Outdoor Living,    PO Box 965036,
                 Orlando, FL32896-5036
14226223        EDI: RMSC.COM Dec 08 2018 08:14:00      SYNCB/Old Navy,    PO Box 965036,
                 Orlando, FL  32896-5036
14226245        EDI: RMSC.COM Dec 08 2018 08:14:00      SYNCB/Old Navy,    PO Box 965036,    Orlando, FL32896-5036

```
District/off: 0313-4          User: dlv                  Page 2 of 2                  Date Rcvd: Dec 07, 2018
                              Form ID: 309I              Total Noticed: 51

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14226219       EDI: SEARS.COM Dec 08 2018 08:13:00      Sears/CBNA,    PO Box 6282,
                Sioux Falls, SD  57117-6282
14226224       EDI: CITICORP.COM Dec 08 2018 08:13:00      Tractor Supply/CBNA,    PO Box 6497,
                Sioux Falls, SD  57117-6497
14226246       EDI: CITICORP.COM Dec 08 2018 08:13:00      Tractor Supply/CBNA,    PO Box 6497,
                Sioux Falls, SD57117-6497
14226227       EDI: RCSDELL.COM Dec 08 2018 08:13:00      Webbank/DFS,    PO Box 81607,    Austin, TX  78708-1607
14226249       EDI: RCSDELL.COM Dec 08 2018 08:13:00      Webbank/DFS,    PO Box 81607,    Austin, TX78708-1607
                                                                                                 TOTAL: 28

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*            +WILLIAM MILLER*R,    Interim Chapter 13 Trustee,    2901 St. Lawrence Avenue, Suite 100,
                 Reading, PA 19606-2265
14226235*       Chase Auto,    PO Box 901003,    Fort Worth, TX 76101-2003
14226236*       Chase Mortgage,    PO Box 24696,    Columbus, OH 43224-0696
14226238*       Comenity Bank/TREK,    Comenity Bank/TREK,    PO Box 182789,    Columbus, OH 43218-2789
14226239*       Denise L Zatratz,    253 Main St,    Mohnton, PA 19540-2207
14226240*       Kozloff Stoudt Attorneys,    2640 Westview Dr,    Wyomissing, PA 19610-1186
14226241*       Sears/CBNA,    PO Box 6282,    Sioux Falls, SD 57117-6282
14226247*      +Visions Federal Credit Union,    24 McKinley Ave,    Endicott, NY 13760-5491
                                                                                           TOTALS: 0, * 8, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2018 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              SHAWN J. LAU    on behalf of Debtor Christopher Gerald Raab shawn_lau@msn.com,
               g61705@notify.cincompass.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                               TOTAL: 5
```

| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Christopher Gerald Raab** | Social Security number or ITIN | xxx–xx–5720 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | Date case filed for chapter 13 | 11/6/18 |
| Case number: | 18–17382–ref | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case
**\*\*Debtor's Photo ID &Social Security Card Must Be Presented at 341 Hearing\*\***                              12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Christopher Gerald Raab | |
| 2. | **All other names used in the last 8 years** | aka Christopher G. Raab, aka Christopher Raab | |
| 3. | **Address** | 253 Main St<br>Mohnton, PA 19540–2207 | |
| 4. | **Debtor's attorney**<br>Name and address | SHAWN J. LAU<br>Lau & Associates<br>4228 St. Lawrence Avenue<br>Reading, PA 19606 | Contact phone (610) 370–2000<br>Email: shawn_lau@msn.com |
| 5. | **Bankruptcy trustee**<br>Name and address | WILLIAM MILLER\*R<br>Interim Chapter 13 Trustee<br>2901 St. Lawrence Avenue, Suite 100<br>Reading, PA 19606 | Contact phone 610–779–1313<br>Email: ecfemail@FredReigleCh13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 400 Washington Street<br>Suite 300<br>Reading, PA 19601 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M<br>Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (610)2085040<br><br>Date: 12/7/18 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 8, 2019 at 02:00 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:** **2901 St. Lawrence Ave, Reading, PA 19606** |
| **8. Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:** You must file: <br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or <br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 3/9/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 1/15/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 5/5/19** |
| | **Deadlines for filing proof of claim:** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. <br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. <br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of 300.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on: **2/21/19** at **09:00 AM**, Location: **Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |