**Lau & Associates, P.C.**
**Shawn J. Lau, Esq. ID No. 56071**
**4228 St. Lawrence Avenue**
**Reading, PA 19606**
**610-370-2000 Phone**
**610-370-0700 Fax**
**Shawn_lau@msn.com**
**Attorney for Debtors**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** <br> **CHRISTOPHER GERALD RAAB** <br> **AKA CHRISTOPHER G. RAAB** <br> **AKA CHRISTOPHER RAAB** <br><br> **DEBTORS** | **BANKRUPTCY NO. 18-17382** <br><br> **CHAPTER 13** |

### CERTIFICATION OF NO RESPONSE

I, Shawn J. Lau, Esquire, of Lau & Associates, P.C., counsel for the Debtor does hereby certify that no answer, objection, responsive pleading or request for a hearing has been served upon me, or to the best of my knowledge, filed with the Court, in response to the Debtor, Christopher Gerald Raab's, Motion To Avoid Lien Of Vist Bank Formerly Known As Leesport Bank, Pursuant To 11 U.S.C. Section 522(f) which was served upon all parties in interest on January 7, 2019.

WHEREFORE, it is respectfully requested that this Honorable Court enter the Order granting the Motion To Avoid Lien Of Vist Bank Formerly Known As Leesport Bank, Pursuant To 11 U.S.C. Section 522(f).

Dated: January 23, 2019

LAU & ASSOCIATES, P.C.
By: /s/ Shawn J. Lau
Shawn J. Lau, Esquire
Lau & Associates P.C.
4228 St. Lawrence Ave.
Reading, PA 19606
(610) 370 – 2000 Phone