# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br>CHRISTOPHER GERALD RAAB<br>AKA CHRISTOPHER G. RAAB<br>AKA CHRISTOPHER RAAB<br><br>DEBTORS | BANKRUPTCY NO. 18-17382<br><br>CHAPTER 13 |
|---|---|

### ORDER

AND NOW, upon the motion of Debtor to avoid an alleged judicial lien Docket No. 18-14740 in the Court of Common Pleas of Berks County, Pennsylvania, of VIST Bank formerly known as Leesport Bank in Debtor[s's] exempt real located at 253 Main Street, Mohnton, Pennsylvania 19540, and upon Debtor having asserted that the alleged lien is subject to avoidance pursuant to Section 522(f)(1), 11 U.S.C. § 522(f)(1), and upon Debtor having certified that adequate notice of the motion was sent to the lienholder and that no answer or other response to the motion has been filed.

IT IS HEREBY ORDERED that the motion is granted by default and the above judicial lien in Debtor's real located in 253 Main Street, Mohnton, Pennsylvania, 19540 is avoided to the extent it impairs Debtor's exemption.

IT IS FURTHER ORDERED, pursuant to Section 349(b)(1)(B), 11 U.S.C.§349(b)(1)(B), that dismissal of this case reinstates and lien voided under Section 522.

BY THE COURT

**Date: January 24, 2019**

_____
RICHARD E. FEHLING
United States Bankruptcy Judge