United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Christopher Gerald Raab
    Debtor

Case No. 18-17382-ref
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: SaraR      Page 1 of 1      Date Rcvd: Jan 25, 2019
Form ID: pdf900      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2019.
db      Christopher Gerald Raab,    253 Main St,    Mohnton, PA   19540-2207
cr      +VIST Bank,    c/o Charles N. Shurr, Jr., Esquire,    Kozloff Stoudt,    2640 Westview Drive,
       Wyomissing, PA 19610-1186

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr      +E-mail/PDF: gecsedi@recoverycorp.com Jan 26 2019 02:53:39      Synchrony Bank,
       c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                             TOTAL: 1

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2019 at the address(es) listed below:
       CHARLES N. SHURR, JR.    on behalf of Creditor    VIST Bank cshurr@kozloffstoudt.com,
       jcoombs@kozloffstoudt.com;dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com
       KEVIN G. MCDONALD    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
       SCOTT WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
       SHAWN J. LAU    on behalf of Debtor Christopher Gerald Raab shawn_lau@msn.com,
       g61705@notify.cincompass.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
       WILLIAM MILLER*R    on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com,
       ECF_FRPA@Trustee13.com
                                                                                                   TOTAL: 6

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br>CHRISTOPHER GERALD RAAB<br>AKA CHRISTOPHER G. RAAB<br>AKA CHRISTOPHER RAAB<br><br>DEBTORS | BANKRUPTCY NO. 18-17382<br><br>CHAPTER 13 |
|---|---|

### ORDER

AND NOW, upon the motion of Debtor to avoid an alleged judicial lien Docket No. 18-14740 in the Court of Common Pleas of Berks County, Pennsylvania, of VIST Bank formerly known as Leesport Bank in Debtor[s's] exempt real located at 253 Main Street, Mohnton, Pennsylvania 19540, and upon Debtor having asserted that the alleged lien is subject to avoidance pursuant to Section 522(f)(1), 11 U.S.C. § 522(f)(1), and upon Debtor having certified that adequate notice of the motion was sent to the lienholder and that no answer or other response to the motion has been filed.

IT IS HEREBY ORDERED that the motion is granted by default and the above judicial lien in Debtor's real located in 253 Main Street, Mohnton, Pennsylvania, 19540 is avoided to the extent it impairs Debtor's exemption.

IT IS FURTHER ORDERED, pursuant to Section 349(b)(1)(B), 11 U.S.C.§349(b)(1)(B), that dismissal of this case reinstates and lien voided under Section 522.

BY THE COURT

**Date: January 24, 2019**

RICHARD E. FEHLING
United States Bankruptcy Judge