# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Christopher Gerald Raab aka Christopher G. Raab aka Christopher Raab**<br>　　　**Christopher Gerald Raab aka Christopher G. Raab aka Christopher Raab**<br>　　　　　　　　**Debtor(s)**<br><br>**Bayview Loan Servicing, LLC**<br>　　　　　　　**Movant**<br>　　vs.<br><br>**Christopher Gerald Raab aka Christopher G. Raab aka Christopher Raab**<br>**Christopher Gerald Raab aka Christopher G. Raab aka Christopher Raab**<br>　　　　　　　**Respondent(s)** | CHAPTER 13<br>BK. NO. 18-17382 REF |

## CERTIFICATION OF SERVICE

I, Kevin G. McDonald, Esquire, hereby certify that the foregoing Objection to Confirmation was served by first class mail, postage pre-paid, upon the parties listed below on **February 12, 2019**.

Scott Watermann
Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Shawn J. Lau Esq.
4228 St. Lawrence Avenue (VIA ECF)
Reading, PA 19606

Christopher Gerald Raab aka Christopher G. Raab
aka Christopher Raab
253 Main Street
Mohnton, PA 19540-2207

Christopher Gerald Raab aka Christopher G. Raab
aka Christopher Raab
253 Main Street
Mohnton, PA 19540-2207

Date: February 12, 2019

By: **/s/ Kevin G. McDonald, Esquire**
　　Kevin G. McDonald, Esquire
　　KML Law Group, P.C.
　　BNY Mellon Independence Center
　　701 Market Street, Suite 5000
　　Philadelphia, PA  19106
　　215-627-1322
　　Attorney for Movant/Applicant