# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: <br> **CHRISTOPHER GERALD RAAB** <br> **AKA CHRISTOPHER G. RAAB** <br> **AKA CHRISTOPHER RAAB** <br><br> DEBTORS | BANKRUPTCY NO. 18-17382 <br><br> CHAPTER 13 |
|---|---|

## CERTIFICATE OF SERVICE

I, Shawn J. Lau, Esquire of Lau & Associates, P.C., do hereby certify that I served a true and correct copy of the Debtors' First Amended Chapter 13 Plan via electronic means and/or first class mail on this 13rd day of April, 2019 upon the following parties:

Chapter 13 Trustee
Scott F. Waterman
2901 St. Lawrence Avenue
Reading, PA 19606

Office of the US Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Bayview Loan Servicing, LLC 4425 Ponce de Leon Blvd Fl 5
Miami, FL 33146-1837

Visions Federal Credit Union
24 McKinley Ave
Endicott, NY 13760-5415

Citadel Federal Credit Union
520 Eagleview Blvd
Exton, PA 19341-1119

                                                                                                 Lau & Associates, P.C.
                                                                                                 ***/s/Shawn J. Lau***
                                                                                                 Shawn J. Lau, Esquire
                                                                                                 4228 St. Lawrence Avenue
                                                                                                 Reading, PA 19606
                                                                                                 610-370-2000 Phone