# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Christopher Gerald Raab aka Christopher G. Raab aka Christopher Raab<br>　　　Christopher Gerald Raab aka Christopher G. Raab aka Christopher Raab<br>　　　　　　　Debtor(s) | CHAPTER 13 |
| Bayview Loan Servicing, LLC, its successors and/or assigns<br>　　　　　　　Movant<br>　　vs.<br>Christopher Gerald Raab aka Christopher G. Raab aka Christopher Raab<br>Christopher Gerald Raab aka Christopher G. Raab aka Christopher Raab<br>　　　　　　　Debtor(s)<br>Scott Watermann<br>　　　　　　　Trustee | NO. 18-17382 REF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Objection to Confirmation of Bayview Loan Servicing, LLC, which was filed with the Court on or about **February 12, 2019, docket number 21**.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　By: **/s/ Kevin G. McDonald, Esquire**
　　　　　　　　　　　　　　　　　Kevin G. McDonald, Esquire
　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant

April 30, 2019