*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Christopher Gerald Raab
    Debtor(s)

Case No: 18−17382−elf

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

RESCHEDULED CONFIRMATION HEARING AND [22] Motion to Dismiss Case. feasibility Filed by SCOTT WATERMAN Represented by ROLANDO RAMOS−CARDONA (Counsel).

on: 7/23/19

at: 10:00 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date:  6/7/19

Timothy B. McGrath
Clerk of Court

31 − 22
Form 167