United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-17382-elf
Christopher Gerald Raab                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Nancy              Page 1 of 2              Date Rcvd: Jun 07, 2019
                              Form ID: 167             Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 09, 2019.
```
db              Christopher Gerald Raab,    253 Main St,   Mohnton, PA  19540-2207
cr             +VIST Bank,   c/o Charles N. Shurr, Jr., Esquire,    Kozloff Stoudt,   2640 Westview Drive,
                 Wyomissing, PA 19610-1186
14265238       +ABC Supply Co., Inc. #89,    One ABC Parkway,   Beloit, WI  53511,
                 ATN:  Legal & Collections 53511-4466
14237498       +Bayview Loan Svc., LLC,    Kevin G. McDonald, Esq,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14226229        Berks County Court of Common Pleas,    633 Court St,   Reading, PA19601-4302
14226207        Berks County Court of Common Pleas,    633 Court St,   Reading, PA  19601-4302
14226208        Best Buy/CBNA,    PO Box 6497,   Sioux Falls, SD  57117-6497
14226230        Best Buy/CBNA,    PO Box 6497,   Sioux Falls, SD57117-6497
14226212        CGR Construction, Inc,    253 Main St,   Mohnton, PA  19540-2207
14226234        CGR Construction, Inc,    253 Main St,   Mohnton, PA19540-2207
14226209        Cabelas WFB,    PO Box 82608,   Lincoln, NE  68501-2608
14226231        Cabelas WFB,    PO Box 82608,   Lincoln, NE68501-2608
14226213        Chase Auto,    PO Box 901003,   Fort Worth, TX  76101-2003
14226214        Chase Mortgage,    PO Box 24696,   Columbus, OH  43224-0696
14226217        Denise L Zatratz,    253 Main St,   Mohnton, PA  19540-2207
14226218        Kozloff Stoudt Attorneys,    2640 Westview Dr,   Wyomissing, PA  19610-1186
14226219        Sears/CBNA,    PO Box 6282,   Sioux Falls, SD  57117-6282
14226224        Tractor Supply/CBNA,    PO Box 6497,   Sioux Falls, SD  57117-6497
14226246        Tractor Supply/CBNA,    PO Box 6497,   Sioux Falls, SD57117-6497
14226226        VIST Bank,    PO Box 741,   Leesport, PA  19533-0741
14226248        VIST Bank,    PO Box 741,   Leesport, PA19533-0741
14256221       +VIST Bank f/k/a Leesport Bank,    Attn: Lewis D. Freeman, III, S.V.P.,
                 1240 Broadcasting Road, P.O. Box 6219,    Wyomissing, PA 19610-0219
14226225       +Visions Federal Credit Union,    24 McKinley Ave,   Endicott, NY 13760-5491
14226227        Webbank/DFS,    PO Box 81607,   Austin, TX  78708-1607
14226249        Webbank/DFS,    PO Box 81607,   Austin, TX78708-1607

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jun 08 2019 03:35:44      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14226206        E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 08 2019 03:28:51
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd Fl 5,    Miami, FL  33146-1837
14226228        E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 08 2019 03:28:51
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd Fl 5,    Miami, FL33146-1837
14256887       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 08 2019 03:28:51
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
                 Coral Gables, FL 33146-1837
14226210        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 08 2019 03:35:48
                 Capital One / Boscov's,    PO Box 30253,   Salt Lake City, UT  84130-0253
14226232        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 08 2019 03:35:48
                 Capital One / Boscov's,    PO Box 30253,   Salt Lake City, UT84130-0253
14237938        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 08 2019 03:34:05
                 Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
14226211        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 08 2019 03:34:05      Capital One/Best Buy,
                 PO Box 30253,   Salt Lake City, UT  84130-0253
14226233        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 08 2019 03:35:48      Capital One/Best Buy,
                 PO Box 30253,   Salt Lake City, UT84130-0253
14226215        E-mail/Text: bankruptcycollections@citadelbanking.com Jun 08 2019 03:29:13
                 Citadel Federal Credit Unio,    520 Eagleview Blvd,   Exton, PA  19341-1119
14226237        E-mail/Text: bankruptcycollections@citadelbanking.com Jun 08 2019 03:29:13
                 Citadel Federal Credit Unio,    520 Eagleview Blvd,   Exton, PA19341-1119
14226216        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 08 2019 03:27:50      Comenity Bank/TREK,
                 Comenity Bank/TREK,    PO Box 182789,   Columbus, OH  43218-2789
14227024       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 08 2019 03:35:53
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14226220        E-mail/PDF: gecsedi@recoverycorp.com Jun 08 2019 03:34:47      SYNCB/ Sam's Club DC,
                 PO Box 965036,   Orlando, FL  32896-5036
14226242        E-mail/PDF: gecsedi@recoverycorp.com Jun 08 2019 03:34:47      SYNCB/ Sam's Club DC,
                 PO Box 965036,   Orlando, FL32896-5036
14226221        E-mail/PDF: gecsedi@recoverycorp.com Jun 08 2019 03:34:47      SYNCB/HH Gregg,    PO Box 965036,
                 Orlando, FL  32896-5036
14226243        E-mail/PDF: gecsedi@recoverycorp.com Jun 08 2019 03:34:01      SYNCB/HH Gregg,    PO Box 965036,
                 Orlando, FL32896-5036
14226222        E-mail/PDF: gecsedi@recoverycorp.com Jun 08 2019 03:35:44      SYNCB/Home Design-Outdoor Living,
                 PO Box 965036,   Orlando, FL  32896-5036
14226244        E-mail/PDF: gecsedi@recoverycorp.com Jun 08 2019 03:34:47      SYNCB/Home Design-Outdoor Living,
                 PO Box 965036,   Orlando, FL32896-5036
14226223        E-mail/PDF: gecsedi@recoverycorp.com Jun 08 2019 03:35:44      SYNCB/Old Navy,    PO Box 965036,
                 Orlando, FL  32896-5036
14226245        E-mail/PDF: gecsedi@recoverycorp.com Jun 08 2019 03:34:48      SYNCB/Old Navy,    PO Box 965036,
                 Orlando, FL32896-5036
```

```
District/off: 0313-4          User: Nancy              Page 2 of 2             Date Rcvd: Jun 07, 2019
                              Form ID: 167             Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
                                                                                                TOTAL: 21

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14226235*        Chase Auto,    PO Box 901003,     Fort Worth, TX 76101-2003
14226236*        Chase Mortgage,    PO Box 24696,     Columbus, OH 43224-0696
14226238*        Comenity Bank/TREK,    Comenity Bank/TREK,    PO Box 182789,    Columbus, OH 43218-2789
14226239*        Denise L Zatratz,    253 Main St,    Mohnton, PA 19540-2207
14226240*        Kozloff Stoudt Attorneys,    2640 Westview Dr,    Wyomissing, PA 19610-1186
14226241*        Sears/CBNA,    PO Box 6282,    Sioux Falls, SD 57117-6282
14226247*       +Visions Federal Credit Union,    24 McKinley Ave,    Endicott, NY 13760-5491
                                                                                               TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2019 at the address(es) listed below:
```
              CHARLES N. SHURR, JR.    on behalf of Creditor    VIST Bank cshurr@kozloffstoudt.com,
               jcoombs@kozloffstoudt.com;dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com
              KEVIN G. MCDONALD    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com, ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              SHAWN J. LAU    on behalf of Debtor Christopher Gerald Raab shawn_lau@msn.com,
               g61705@notify.cincompass.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                                 TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Christopher Gerald Raab
    Debtor(s)

Case No: 18−17382−elf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

RESCHEDULED CONFIRMATION HEARING AND [22] Motion to Dismiss Case. feasibility Filed by SCOTT WATERMAN Represented by ROLANDO RAMOS−CARDONA (Counsel).

on: 7/23/19

at: 10:00 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

Date: 6/7/19

For The Court

Timothy B. McGrath
Clerk of Court