| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 18-17382-PMM**

CHRISTOPHER GERALD  RAAB
253 MAIN ST
MOHNTON  PA   19540-2207

Petition Filed Date: 11/06/2018
341 Hearing Date: 01/08/2019
Confirmation Date: 07/23/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/14/2019 | $300.00 | | 02/11/2019 | $300.00 | | 03/11/2019 | $300.00 | |
| 04/11/2019 | $600.00 | | 05/06/2019 | $300.00 | | 06/17/2019 | $300.00 | Automatic Payr |
| 07/17/2019 | $300.00 | Automatic Payr | 08/19/2019 | $300.00 | Automatic Payr | 09/17/2019 | $300.00 | Automatic Payr |
| 10/18/2019 | $300.00 | | 11/19/2019 | $300.00 | | 12/17/2019 | $300.00 | |
| 01/17/2020 | $300.00 | | 02/18/2020 | $300.00 | | 03/17/2020 | $300.00 | |
| 04/17/2020 | $300.00 | | 05/18/2020 | $300.00 | | 06/17/2020 | $300.00 | |
| 07/17/2020 | $300.00 | | | | | | | |

**Total Receipts for the Period:  $6,000.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $6,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 5 | ABC SUPPLY CO. INC. #89<br>»» 005 | Unsecured Creditors | $495.84 | $0.00 | $495.84 |
| 1 | AMERICAN INFOSOURCE LP<br>»» 001 | Unsecured Creditors | $1,262.37 | $0.00 | $1,262.37 |
| 4 | BAYVIEW LOAN SERVICING<br>»» 004 | Mortgage Arrears | $1,421.91 | $816.90 | $605.01 |
| 2 | CITADEL FEDERAL CREDIT UNION<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | VIST BANK fka LEESPORT BANK<br>»» 003 | Unsecured Creditors | $119,404.81 | $0.00 | $119,404.81 |
| 6 | SHAWN J LAU ESQ<br>»» 006 | Attorney Fees | $4,372.50 | $4,372.50 | $0.00 |

**Chapter 13 Case No. 18-17382-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,000.00 | Current Monthly Payment: | $600.00 |
| Paid to Claims: | $5,189.40 | Arrearages: | $900.00 |
| Paid to Trustee: | $540.60 | Total Plan Base: | $30,300.00 |
| Funds on Hand: | $270.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.