| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 18-17382-PMM

CHRISTOPHER GERALD  RAAB
253 MAIN ST
MOHNTON  PA    19540-2207

Petition Filed Date: 11/06/2018
341 Hearing Date: 01/08/2019
Confirmation Date: 07/23/2019

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/17/2020 | $300.00 | | 02/18/2020 | $300.00 | | 03/17/2020 | $300.00 | |
| 04/17/2020 | $300.00 | | 05/18/2020 | $300.00 | | 06/17/2020 | $300.00 | |
| 07/17/2020 | $300.00 | | 08/17/2020 | $600.00 | | 09/17/2020 | $600.00 | |
| 10/20/2020 | $600.00 | | 11/18/2020 | $600.00 | | 12/17/2020 | $600.00 | |
| 01/19/2021 | $600.00 | | 02/18/2021 | $600.00 | | 03/17/2021 | $600.00 | |
| 04/20/2021 | $600.00 | | 05/17/2021 | $600.00 | | | | |

**Total Receipts for the Period:  $8,100.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $12,000.00**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 5 | ABC SUPPLY CO. INC. #89<br>»»  005 | Unsecured Creditors | $495.84 | $16.73 | $479.11 |
| 1 | AMERICAN INFOSOURCE LP<br>»»  001 | Unsecured Creditors | $1,262.37 | $54.07 | $1,208.30 |
| 4 | COMMUNITY LOAN SERVICING LLC<br>»»  004 | Mortgage Arrears | $1,421.91 | $1,421.91 | $0.00 |
| 2 | CITADEL FEDERAL CREDIT UNION<br>»»  002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | VIST BANK fka LEESPORT BANK<br>»»  003 | Unsecured Creditors | $119,404.81 | $5,115.70 | $114,289.11 |
| 6 | SHAWN J LAU ESQ<br>»»  006 | Attorney Fees | $4,372.50 | $4,372.50 | $0.00 |

**Chapter 13 Case No. 18-17382-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,000.00 | Current Monthly Payment: | $600.00 |
| Paid to Claims: | $10,980.91 | Arrearages: | $900.00 |
| Paid to Trustee: | $1,014.60 | Total Plan Base: | $30,300.00 |
| Funds on Hand: | $4.49 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.