**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>**CHRISTOPHER GERALD RAAB**<br>**AKA CHRISTOPHER G. RAAB**<br>**AKA CHRISTOPHER RAAB**<br><br>DEBTORS | BANKRUPTCY NO. 18-17382<br><br>CHAPTER 13 |

**ORDER TO SELL REAL ESTATE LOCATED AT 1121 COTTON STREET, READING, PENNSYLVANIA, FREE AND CLEAR OF LIENS AND ENCUMBRANCES AND TO PERMIT DISTRIBUTION OF SALE PROCEEDS**

AND NOW, upon consideration of the Debtor's Motion to Sell Real Estate Free and Clear of Liens and Encumbrances, and to Permit Distribution of Sale Proceeds ("Motion"), and after notice and opportunity for hearing,

IT IS HEREBY ORDERED that the Debtor has satisfied this Court that the proposed sale is to a good faith purchaser for a fair and reasonable consideration that is in the best interest of the bankruptcy estate and that the Debtor is therefore authorized to sell, free and clear of all liens and encumbrances, the real property owned by the Debtor located at 1121 Cotton Street, Reading, Berks County, Pennsylvania to Melvin Xavier Vazquez-Irlanda for the sum of $60,000.00 in accordance with terms and conditions as follows:

a. The sale price is $60,000.00 to be paid by the buyer, Melvin Xavier Vazquez-Irlanda

b. Distribution is to be as follows and this order of distribution:

    i.     All real estate taxes due and owing at time of sale;

    ii.    The remaining balance due to CSMC 2021-RPL7 Trust, the mortgage holder on the Premises and the party entitled to payment under Claim 4-1, in the full amount of their security interest remaining due as determined by the payoff provided by the mortgage holder prior to the date of closing;

    iii.   All other obligations owed by the Movant under the terms of the Agreement of Sale;

    iv.   The usual and customary costs of settlement paid by sellers pertaining to the transfer of real estate in Berks County, Pennsylvania, including but not limited to the realty transfer tax, if any;

    v.    The Broker's fee of $4,000.00 of the Purchase Price to be divided in an amount of $2,000.00 to the Buyer's Agent and $2,000.00 to the Sellers' Broker agent;

    vi.    To the Chapter 13 Trustee, in amount to be determined which is sufficient to pay off the remaining balance of the Debtor's confirmed Chapter 13 Plan.

    vii.    The Debtor, pursuant to exemptions claimed in the Petition or in any amendment thereof, and otherwise.

c. Debtor's counsel hereby certifies that there are no secured creditors with liens on this real estate other than those as set forth above.

IT IS FURTHER ORDERED that the Debtor provide the Chapter 13 Trustee with the HUD1 within ten (10) days of the closing.

BY THE COURT:

*Patricia M. Mayer*

**Date: December 2, 2021**

_____

Hon. Patricia M. Mayer
United States Bankruptcy Judge

Copies to:

Shawn J. Lau, Esquire
4228 St. Lawrence Avenue
Reading, PA 19606

Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Chapter 13 Trustee
Scott F. Waterman
2901 St. Lawrence Avenue
Reading, PA 19606