IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

---

IN RE:

SUBSTITUTION OF APPEARANCE BY
ANDREW M. LUBIN, ESQUIRE, IN VARIOUS
OPEN CASES AND ENTRY OF APPEARANCE
OF LORRAINE GAZZARA DOYLE, ESQUIRE
IN VARIOUS OPEN CASES

---

### PRAECIPE TO SUBSTITUTE APPEARANCE

Kindly withdraw the appearance of Andrew M. Lubin, Esquire, and substitute the appearance of Lorraine Gazzara Doyle, Esquire, in the cases listed in Exhibit A hereto.

Respectfully submitted,
MILSTEAD & ASSOCIATES, LLC

*/s/ Lorraine Gazzara Doyle*
Lorraine Gazzara Doyle, Esquire
Attorney ID No. 34576
1 East Stow Road
Marlton, NJ 08053
Telephone: (856) 482-1400
Email: ldoyle@milsteadlaw.com

*/s/ Andrew M. Lubin*
Andrew M. Lubin, Esquire
Attorney ID No. 54297
McCabe, Weisberg & Conway, LLC
216 Haddon Ave.
Suite 201
Westmont, NJ 08108
Telephone: (856) 858-7080
Email: ALubin@mwc-law.com

# Exhibit A

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

Pending Cases for:    LUBIN   ANDREW   M.   Bar Id:   140   as of: 12/20/2021   7:52:43 am   Prtd: 999,529

Total Pending cases for this attorney: 140

| Chapter | Judge | Case Number | Title | | | terminated |
|---|---|---|---|---|---|---|
| 13 | mdc | 16-10007-mdc | Theresa Brown Thornton | | | case terminated |
| | | | Party represented: | cr | Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE1 Trust | |
| 13 | elf | 16-15902-elf | Dale Mitchell and Sherry Mitchell | | | |
| | | | Party represented: | cr | Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company | |
| 13 | elf | 16-15968-elf | Laura Anderson and Albert Anderson | | | |
| | | | Party represented: | cr | Select Portfolio Servicing, Inc | |
| | | | Party represented: | cr | U.S. Bank National Association, as Trustee | |
| 13 | amc | 16-17812-amc | James W. Samuel | | | |
| | | | Party represented: | cr | U.S. Bank National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FF12 Mortgage Pass-Through Certificates, Series 2006-FF12 | |
| 13 | elf | 16-17834-elf | Timothy M. Cavanaugh and Christina A. Cavanaugh | | | |
| | | | Party represented: | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper | |
| 13 | amc | 16-18290-amc | Alfred Naussner | | | |
| | | | Party represented: | cr | Towd Point Mortgage Trust 2015-5, U.S. Bank National Association as Indenture Trustee | |
| | | | Party represented: | cr | Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank National Association | |

| 13 | amc | 16-18290-amc | Alfred Naussner | | |
| --- | --- | --- | --- | --- | --- |
| | | | *Party represented:* | cr | U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Asset Trust 2006-1 Home Equity Pass-Through Certificates, Series 2006-1 |
| 13 | amc | 16-18296-amc | Emanuel Rodriguez | | |
| | | | *Party represented:* | cr | Select Portfolio Servicing, Inc. |
| | | | *Party represented:* | cr | Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank National Association, as Trustee |
| | | | *Party represented:* | cr | U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Asset Trust 2006-7 Home Equity Pass Through Certificates, Series 2006-7 |
| 13 | amc | 17-10698-amc | Joseph M Lewis, Jr. and Barbara Lewis | | |
| | | | *Party represented:* | cr | Matrix Financial Services Corporation LLC |
| | | | *Party represented:* | cr | Matrix Financial Services Corporation LLC enote vesting-Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | amc | 17-10749-amc | John D. McDaniel | | |
| | | | *Party represented:* | cr | Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank, National Association, as Trustee |
| | | | *Party represented:* | cr | Select Portfolio Servicing, Inc., as servicing agent for U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Asset Trust 2006-2 Home Equity Pass-Through Certificate |
| 13 | elf | 17-11156-elf | Jeremy Stevens and Tabitha Stevens | | |
| | | | *Party represented:* | cr | Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trus |
| 13 | amc | 17-12344-amc | Raymond DeShields | | |

| | | | | |
|---|---|---|---|---|
| 13 | elf | 17-13636-elf | Party represented: | Carla M. Irvin |
| | | | | cr    Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of First Franklin Mortgage Loan Trust 2005-FFH3, Asset-Backed Certificates, Series 2005-FFH3 |
| | | | Party represented: | cr    Bayview Loan Servicing, LLC |
| | | | Party represented: | cr    Community Loan Servicing, LLC fka Bayview Loan Servicing, LLC |
| | | | Party represented: | cr    Select Portfolio Servicing, Inc. as servicing agent for CSMC 2021-RPL7 Trust |
| 13 | mdc | 17-14575-mdc | Party represented: | Charles H. Mitchell, Jr. |
| | | | | cr    CSMC 2021-RPL7 Trust |
| 13 | mdc | 17-14670-mdc | Party represented: | Kenneth Bernard Tadlock |
| | | | | cr    Legacy Mortgage Asset Trust 2021-GS3 |
| 13 | amc | 17-14689-amc | Party represented: | Joseph George |
| | | | | cr    Select Portfolio Servicing, Inc. |
| 13 | amc | 17-14920-amc | Party represented: | La Vonne A. Weaver |
| | | | | cr    Nationstar Mortgage LLC |
| 13 | amc | 17-15230-amc | Party represented: | JoAnne Elizabeth Hines |
| | | | | cr    Nationstar Mortgage LLC d/b/a Mr. Cooper |
| | | | Party represented: | cr    NATIONSTAR MORTGAGE LLC |
| 13 | pmm | 17-15250-pmm | Party represented: | Scott Paul Labar and Terry Janet Labar |
| | | | | cr    SELECT PORTFOLIO SERVICING, INC. |
| 13 | amc | 17-16093-amc | Party represented: | Christopher M Smith and Jacqueline Smith |
| | | | | cr    NATIONSTAR MORTGAGE LLCD/B/A MR. COOPER |

| | | | | |
|---|---|---|---|---|
| 13 | mdc | 17-17954-mdc | Jeffrey L. Williams | |
| | | *Party represented:* | cr | Deutsche Bank National Trust Company, as Indenture Trustee |
| 13 | amc | 17-18120-amc | Wayne Crozier | |
| | | *Party represented:* | cr | Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company |
| | | *Party represented:* | cr | Deutsche Bank National Trust Company, as Trustee, on behalf of the registered holders of GSAMP Trust 2005-HE3, Mortgage Pass-Through Certificates, Series 2005-HE3 |
| 13 | mdc | 18-10163-mdc | Wilton Rodriquez | |
| | | *Party represented:* | cr | Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company |
| | | *Party represented:* | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | amc | 18-10749-amc | Kingsley R. Wright | |
| | | *Party represented:* | cr | Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank National Association |
| | | *Party represented:* | cr | U.S. Bank National Association, as successor Trustee to LaSalle Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2007-HE4 |
| 13 | mdc | 18-10921-mdc | Domenica Carcione | |
| | | *Party represented:* | cr | U.S. Bank National Association, as successor trustee |
| 13 | pmm | 18-10950-pmm | Torsten Bay and Lisa M Bay | |
| | | *Party represented:* | cr | Plaza Home Mortgage, Inc. |
| 13 | pmm | 18-11243-pmm | Kimberly A. Kauffman and Philip G. Kauffman | |
| | | *Party represented:* | cr | Deutsche Bank National Trust Company, As Trustee |
| | | *Party represented:* | cr | SERVICEMAC, LLC |

| | | | | |
|---|---|---|---|---|
| 13 | elf | 18-11419-elf | Joseph D Winkis and Kathleen K Winkis | |
| | | Party represented: | | cr    Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | mdc | 18-11726-mdc | Catherine J. Broadwater | |
| | | Party represented: | | cr    OneMain Financial Services, Inc. |
| 13 | elf | 18-12176-elf | Marjorie B Connor | |
| | | Party represented: | | cr    Select Portfolio Servicing, Inc |
| 13 | amc | 18-12281-amc | Mark Hatcher | |
| | | Party represented: | | cr    Select Portfolio Servicing, Inc. |
| 13 | mdc | 18-12329-mdc | Mark Sobel | |
| | | Party represented: | | cr    The Bank of New York Mellon |
| | | | | HSBC Bank USA, National Association as Trustee for Luminent Mortgage Trust 2006-3, Mortgage Pass-Through Certificates, Series 2006-3 |
| | | Party represented: | | cr    Select Portfolio Servicing, Inc. as servicing agent for HSBC Bank USA, National Association |
| 13 | amc | 18-12427-amc | Jacquelyn Eschbach | |
| | | Party represented: | | cr    U.S. BAnk National Association, as Trustee |
| | | Party represented: | | cr    U.S. Bank National Association, as Trustee |
| | | Party represented: | | cr    U.S. Bank National Association, as trustee, in trust for registered holders of Chase Funding Mortgage Loan Asset-Backed Certificates, Series 2004-1 |
| 13 | elf | 18-12434-elf | Ewa Karpeta | |
| | | Party represented: | | cr    Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-2 |

| | | | | |
|---|---|---|---|---|
| 13 | elf | 18-12434-elf | Party represented: | Ewa Karpeta |
| | | | cr | Select Portfolio Servicing, Inc. |
| 13 | elf | 18-12727-elf | Party represented: | Ryun J. Yun |
| | | | cr | Wells Fargo Bank, N.A., as Trustee, for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates, Series 2004-WCW2 |
| 13 | mdc | 18-13224-mdc | Party represented: | Gordon J Schwartz and Phyllis Schwartz |
| | | | cr | Towd Point Mortgage Trust 2019-4, U.S. Bank National Association, as Indenture Trustee |
| 13 | pmm | 18-13329-pmm | Party represented: | Frank Joseph Grohotolsky, III |
| | | | cr | Bayview Loan Servicing, LLC |
| 13 | pmm | 18-13578-pmm | Party represented: | Lynne M. Decker and Thomas K. Decker, Jr. |
| | | | cr | Community Loan Servicing, LLC |
| | | | cr | Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH5 Asset Backed Pass-Through Certificates, Series 2007-CH5 |
| 13 | mdc | 18-13847-mdc | Party represented: | Martin Washington and Patricia Washington |
| | | | cr | Grand Avenue Mortgage Loan Trust 2017-RPL1 |
| 13 | elf | 18-13931-elf | Party represented: | Angela G. Parks |
| | | | cr | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE ET. AL. |
| | | | cr | Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH2 Asset Backed Pass-Through Certificates, Series 2007-CH2 |
| 13 | elf | 18-14291-elf | Party represented: | Avis A. Garrett |
| | | | cr | Nationstar Mortgage LLC D/B/A Mr. Cooper |

| | | | | |
|---|---|---|---|---|
| 13 | elf | 18-14293-elf | Party represented: | Jerry Jefferson |
| | | | | cr U.S. Bank, National Association, as Trustee |
| 13 | elf | 18-14294-elf | Party represented: | Una M. Harmon |
| | | | | cr U.S. Bank, National Association, as Trustee for the EMC Mortgage Loan Trust 2004-C, Mortgage Pass-Through Certificates, Series 2004-C |
| 13 | amc | 18-14407-amc | Party represented: | Richard B. Greaves |
| | | | | cr U.S. Bank National Association, as Trustee, in trust for the registered holders of Citigroup Mortgage Loan Trust, Asset-Backed Pass-Through Certificates, Series 2007-AHL3 |
| 13 | mdc | 18-14803-mdc | Party represented: | Seamus A Smith |
| | | | | cr U.S. Bank National Association, as trustee, on behalf of the holders of the First Franklin Mortgage Loan Trust 2006-FF14 Mortgage Pass-Through Certificates, Series 2006-FF14 |
| 13 | pmm | 18-15061-pmm | Party represented: | Karen Shapiro |
| | | | | cr Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | mdc | 18-15365-mdc | Party represented: | Ronald L Evans |
| | | | | cr U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2020-PM3 |
| 13 | amc | 18-15628-amc | Party represented: | Tamera E. Lawrence |
| | | | | cr U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE1, Asset-Backed Certificates Series 2007-HE1 |
| 13 | amc | 18-15636-amc | Party represented: | Anthony T D&#039;Aquila, III and Kristine C. D&#039;Aquila |
| | | | | cr Deutsche Bank National Trust Company, As Trustee |
| | | | | Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company |
| | | | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK |

| | | | | | |
|---|---|---|---|---|---|
| 13 | elf | 18-16254-elf | Carollynn O&#039;Connor | | |
| | | Party represented: | | cr | Select Portfolio Servicing, Inc. |
| 13 | elf | 18-16694-elf | Michelle W Murphy | | |
| | | Party represented: | | cr | Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-10, Asset-Backed Certificates, Series 2006-10 |
| | | Party represented: | | cr | Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company |
| 13 | elf | 18-16770-elf | Bruce M. Reiprich and Barbara H. Reiprich | | |
| | | Party represented: | | cr | Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-HE6, Mortgage Pass-Through Certificates, Series 2007-HE6 |
| 13 | mdc | 18-16877-mdc | Brian L. Spence and Maria M. Moleiro-Spence | | |
| | | Party represented: | | cr | Select Portfolio Servicing, Inc. |
| 13 | mdc | 18-17117-mdc | Linster Noah Murrell, Jr. | | |
| | | Party represented: | | cr | Deutsche Bank National Trust Company, as Trustee |
| 13 | amc | 18-17281-amc | Michael J. DaGrossa and Linda J. DaGrossa | | |
| | | Party represented: | | cr | Deutsche Bank National Trust Company, as Trustee for the UCFC Loan Trust 1998-C |
| | | Party represented: | | cr | Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 |
| 13 | pmm | 18-17382-pmm | Christopher Gerald Raab | | |
| | | Party represented: | | cr | CSMC 2021-RPL7 Trust |
| 13 | mdc | 18-17429-mdc | Glenn Erik Nyce | | |
| | | Party represented: | | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |

| Chapter | Judge | Case Number | Party represented | Role | Creditor/Entity |
|---|---|---|---|---|---|
| 13 | pmm | 18-17738-pmm | Randy Lee Hoffman | cr | Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank National Association, as trustee, |
| 13 | mdc | 18-17768-mdc | Tara Marie Culbreath | cr | U.S. Bank National Association, as trustee, on behalf of the holders of the CSMC Trust 2006-CF1 CS Mortgage Pass-Through Certificates, Series 2006-CF1 |
| 13 | mdc | 18-17870-mdc | Leanna Brown and Leanna Brown | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | mdc | 18-18042-mdc | Daaimah S. Poole | cr | WELLS FARGO BANK, NATIONAL ASSOCIATION |
| 13 | elf | 18-18160-elf | Camilla Brown | cr | Select Portfolio Servicing, Inc. as servicing agent for Wells Fargo Bank, N.A., as Trustee |
| 13 | pmm | 18-18366-pmm | Richard T Palenchar and Bonita L Palenchar | cr | Wells Fargo Bank, N.A., as Trustee , for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates, Series 2004-WCW1 |
| 13 | elf | 19-10127-elf | Geraldine A Hall | cr | Wilmington Savings Fund Society, FSB |
| 13 | elf | 19-10450-elf | Patrick Banning | cr | Deutsche Bank National Trust Company, As Trustee |
| 13 | pmm | 19-10686-pmm | Gerard C Schenck | cr | THE BANK OF NEW YORK MELLON |
|  |  |  |  |  | Select Portfolio Servicing, Inc. |
|  |  |  |  |  | Select Portfolio Servicing, Inc. |

| 13 | amc | 19-10989-amc | Marc A Maglio | | |
| --- | --- | --- | --- | --- | --- |
| | | Party represented: | | cr | Nationstar Mortgage LLC D/B/A Mr. Cooper |
| 13 | amc | 19-11002-amc | Kimberley C Johnson and Douglas W Johnson | | |
| | | Party represented: | | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | elf | 19-11008-elf | Doris L Thorpe | | |
| | | Party represented: | | cr | Bank of America, N.A. |
| 13 | elf | 19-11134-elf | Elena Papanikolaou | | |
| | | Party represented: | | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | pmm | 19-11276-pmm | Andrew Polak | | |
| | | Party represented: | | cr | Bank of America, N.A. |
| 13 | amc | 19-11352-amc | Lynne K. Marotta | | |
| | | Party represented: | | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | elf | 19-11386-elf | Robert A. LaRosa | | |
| | | Party represented: | | cr | ABS REO Trust VI |
| 13 | pmm | 19-11448-pmm | Nancy Gene Cooper | | |
| | | Party represented: | | cr | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2005-HE7, Mortgage Pass-Through Certificates, Series 2005-HE7 |
| | | Party represented: | | cr | Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company |
| 13 | pmm | 19-12088-pmm | Janelle M. Shenk | | |
| | | Party represented: | | cr | Oceanside Mortgage Company |
| 13 | amc | 19-12579-amc | James F. Barcis | | |
| | | Party represented: | | cr | Bank of America, N.A. |

| | | | | |
|---|---|---|---|---|
| 13 | mdc | 19-12644-mdc | Essa-Aisha A Purnell and Abdou R Gueye | |
| | | Party represented: | cr | WELLS FARGO BANK, N.A. |
| 13 | mdc | 19-12806-mdc | William T. Powell | |
| | | Party represented: | cr | Wells Fargo Bank, N.A., as Trustee |
| 13 | mdc | 19-13412-mdc | Raymond T. Blue | |
| | | Party represented: | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | mdc | 19-13449-amc | | |
| | amc | | Ronald J Logue and Mariam Logue | |
| | | Party represented: | cr | Select Portfolio Servicing, Inc. |
| 13 | pmm | 19-13552-pmm | Kevin Rota and Bobbie Ann Rota | |
| | | Party represented: | cr | Manufacturers and Traders Trust Company, as trustee, on behalf of the holders of the Home Equity Loan Pass-Through Certificates, Series 1997-5 |
| 13 | elf | 19-13758-elf | Jeremy Y. Schallack and Kathleen E. Schallack | |
| | | Party represented: | cr | Bayview Loan Servicing, LLC |
| 13 | mdc | 19-14039-mdc | Vincent Williams-Bey and Michele Williams-Bey | |
| | | Party represented: | cr | Community Loan Servicing, LLC |
| 13 | elf | 19-14471-elf | Cynthia Crawford | |
| | | Party represented: | cr | FEDERAL HOME LOAN MORTGAGE CORPORATION |
| 13 | elf | 19-14500-elf | Kevin Corcoran and Beverly L. Corcoran | |
| | | Party represented: | cr | Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company |
| | | | | HSBC Bank USA, National Association, as Trustee |
| | | | | Deutsche Bank National Trust Company, As Trustee |

| | | | Party represented: | | |
|---|---|---|---|---|---|
| 13 | amc | 19-15144-amc | Nathaniel F Mallory | cr | Wells Fargo Bank, National Association |
| | | | Party represented: | | |
| 13 | amc | 19-15306-amc | Mervin J. Conner, Jr. | cr | OSAT TRUST 2019-1 |
| | | | Party represented: | | |
| 13 | pmm | 19-15368-pmm | Edwin Orlando Chalas | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| | | | Party represented: | | |
| 13 | amc | 19-15589-amc | Samantha Lashear Lomax | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| | | | Party represented: | | |
| 13 | elf | 19-15845-elf | Andre T. Morris | cr | Deutche Bank National Trust Company, as Trustee |
| | | | Party represented: | | |
| 13 | amc | 19-15865-amc | Carl L Lee | cr | Bank of America, N.A. |
| | | | Party represented: | | |
| 13 | pmm | 19-16031-pmm | Tammy L. Shegon | cr | Carrington Mortgage Services, LLC |
| | | | Party represented: | | |
| 13 | amc | 19-16285-amc | Karen I. Hogue | cr | Select Portfolio Servicing, Inc. as servicing agent for PNC Bank, National Association |
| | | | Party represented: | | |
| 13 | amc | 19-16290-amc | Victor Ocasio | cr | U.S. Bank National Association, |
| | | | Party represented: | | |
| 13 | elf | 19-16693-elf | Patricia A. Panetta | cr | Select Portfolio Servicing, Inc. as servicing agent for ONYX Bay Trust |
| | | | Party represented: | | |
| | | | | | Pingora Loan Servicing |

Party represented: cr  Select Portfolio Servicing, Inc. as servicing agent for Wells Fargo Bank Minnesota, N.A.

| | | | | |
|---|---|---|---|---|
| 13 | elf | 19-16791-elf | Dania A Beadle | |
| | | Party represented: | | cr    Manufacturers and Traders Trust Company |
| 13 | amc | 19-16963-amc | Janelle Kernan | |
| | | Party represented: | | cr    Sun West Mortgage Company, Inc. |
| 13 | pmm | 19-17042-pmm | Janet Conujo | |
| | | Party represented: | | cr    Deutsche Bank National Trust Company, As Trustee |
| 13 | pmm | 19-17522-pmm | Daniel L Amy | |
| | | Party represented: | | cr    Bayview Loan Servicing, LLC |
| 13 | elf | 19-17644-elf | Burma L Barnswell | |
| | | Party represented: | | cr    Community Loan Servicing, LLC |
| 13 | amc | 19-17672-amc | Terrance Waller | |
| | | Party represented: | | cr    Bank of America, N.A. |
| 13 | amc | 19-17836-amc | Raymond G. Fragassi | |
| | | Party represented: | | cr    BANK OF AMERICA, N.A. |
| 13 | elf | 20-10020-elf | Thelma Wright | |
| | | Party represented: | | cr    Deutsche Bank National Trust Company, as Trustee |
| | | Party represented: | | cr    Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company |
| 13 | pmm | 20-10117-pmm | Scott Michael Horning | |
| | | Party represented: | | cr    U.S. Bank National Association, as trustee, on behalf of the holders of the Credit Suisse First Boston Mortgage Securities Corp. Home Equity Pass Through Certificates, Series, 2006-8 |

| | | | | |
|---|---|---|---|---|
| 13 | amc | 20-10233-amc | Claudette Webb | |
| | | Party represented: | | cr | U.S. Bank National Association, as indenture trustee |
| 13 | pmm | 20-10928-pmm | Johnny Lee Stradford and Nicole Monique Stradford | |
| | | Party represented: | | cr | U.S. Bank National Association, as indenture trustee, for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1 |
| | | Party represented: | | cr | Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank Trust National Association |
| 13 | amc | 20-11060-amc | David Harry | |
| | | Party represented: | | cr | FirstKey Master Funding 2021-A Collateral Trust |
| 13 | elf | 20-11138-elf | Lori L Nardella | |
| | | Party represented: | | cr | Lakeview Loan Servicing, LLC |
| 13 | mdc | 20-11143-mdc | Kevin K. Jones | |
| | | Party represented: | | cr | U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2006-HE7, Asset-Backed Certificates Series 2006-HE7 |
| | | Party represented: | | cr | U.S. Bank N.A., as trustee |
| | | Party represented: | | cr | Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank National Association |
| | | Party represented: | | cr | U.S. Bank National Association, as trustee |
| 13 | amc | 20-11261-amc | Christopher M. Mattis, Sr. and Linda L. Mattis | |
| | | Party represented: | | cr | Select Portfolio Servicing, Inc. |
| 13 | pmm | 20-13422-pmm | Mark K. Storms | |
| | | Party represented: | | cr | Bank of America, N.A. |

| | | | | |
|---|---|---|---|---|
| 13 | elf | 20-13441-elf | Party represented: | Mikaela R. Lerer |
| | | | cr | BAYVIEW LOAN SERVICING, LLC |
| 13 | mdc | 20-13484-mdc | Party represented: | Wendell M Robinson and Karen T Jarrell-Robinson |
| | | | cr | Community Loan Servicing, LLC |
| | | | Party represented: | |
| | | | cr | Community Loan Servicing, LLC fka Bayview Loan Servicing, LLC |
| 13 | amc | 20-13636-amc | Party represented: | Miranda Tsang |
| | | | cr | U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE2, Asset-Backed Certificates Series 2007-HE2 |
| 13 | pmm | 20-13673-pmm | Party represented: | Steven W. Strickler |
| | | | cr | ABS Loan Trust VI |
| 13 | mdc | 20-14286-mdc | Party represented: | Angella M Sutherland |
| | | | cr | Pingora Loan Servicing, LLC enote vesting—Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | pmm | 20-14360-pmm | Party represented: | Marcel Y. Crandon and Sharon M. Crandon |
| | | | cr | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE |
| | | | Party represented: | |
| | | | cr | U.S. Bank National Association, as trustee, in trust for registered holders of Chase Funding Mortgage Loan Asset-Backed Certificates, Series 2004-2 |
| | | | Party represented: | |
| | | | cr | Community Loan Servicing, LLC |
| 13 | mdc | 20-14393-mdc | Party represented: | April E Ettinger |
| | | | cr | Federal National Mortgage Association ("Fannie Mae"), c/o Community Loan Servicing, LLC |
| | | | Party represented: | |
| | | | cr | Federal Home Loan Mortgage Corporation |

| | | | | |
|---|---|---|---|---|
| 13 | mdc | 20-14393-mdc | Party represented: | April E Ettinger | cr | |
| 13 | elf | 20-14471-elf | Party represented: | Iva Bonelli | cr | Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2018-2 |
| 13 | amc | 20-14797-amc | Party represented: | Gary V. McLaughlin | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | pmm | 20-14877-pmm | Party represented: | Milena Maria Serna | cr | U.S. Bank, National Association, as Trustee for the EMC Mortgage Loan Trust 2001-A Mortgage Passthrough Certificates Series 2001-A |
| 13 | elf | 21-10006-elf | Party represented: | Rashida Patience and Khadri Abdus-Saboor | cr | BANK OF AMERICA, N.A. |
| 13 | mdc | 21-10116-mdc | Party represented: | Peter D Wrambel | cr | Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE8, Mortgage Pass-Through Certificates, Series 2006 HE8 |
| 13 | elf | 21-10179-elf | Party represented: | Robert B. Steveline and Kathryn A Steveline | cr | Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company as Trustee |
| 13 | pmm | 21-10691-pmm | Party represented: | Peter Plutko | cr | BANK OF AMERICA, N.A. |
| 13 | elf | 21-10693-elf | Party represented: | William E Covington and Seneca Covington | cr | U.S. Bank National Association, as indenture trustee |
| | | | | | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| | | | | | | Nationstar Mortgage LLC d/b/a Mr. Cooper |

| | | | | | |
|---|---|---|---|---|---|
| 13 | mdc | 21-10701-mdc | Anna M. Taylor | cr | The Bank of New York Mellon Trust Company, NA |
| | | Party represented: | | | |
| 13 | mdc | 21-10824-mdc | Shanyel M Little and Marcus A Little | cr | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER |
| | | Party represented: | | | |
| 13 | pmm | 21-11219-pmm | Jeannette Colon | cr | Select Portfolio Servicing, Inc. |
| | | Party represented: | | | |
| 13 | elf | 21-11399-elf | John A. Kettell | cr | Select Portfolio Servicing, Inc. |
| | | Party represented: | | | |
| 13 | mdc | 21-11498-mdc | Steven J Recchia | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| | | Party represented: | | | |
| 7 | elf | 21-11520-elf | Rachelle L DeHoratius and Mark H DeHoratius | cr | BANK OF AMERICA, N.A. |
| | | Party represented: | | | |
| 13 | elf | 21-11762-elf | Michael A. Mignogna | cr | U.S. Bank National Association, as Trustee |
| | | Party represented: | | | |
| 7 | mdc | 21-12091-mdc | Rachel Castro | cr | Bank of America, N.A. |
| | | Party represented: | | | |
| 13 | mdc | 21-12271-mdc | Carolyn A. Bennett | cr | Community Loan Servicing, LLC |
| | | Party represented: | | | |
| 13 | pmm | 21-12274-pmm | Nancy Jean Halley | cr | BANK OF AMERICA, N.A. |
| | | Party represented: | | | |
| 13 | mdc | 21-12277-mdc | Crystal G. Brown | cr | U.S. Bank, N.A., successor trustee to LaSalle Bank National Association |
| | | Party represented: | | | |

| | | | | |
|---|---|---|---|---|
| 13 | elf | 21-11294-elf | Joesph R. Pierce, Sr. | |
| | | Party represented: | cr | Deutsche Bank National Trust Company, as Indenture Trustee |
| 13 | amc | 21-12316-amc | Arben Musa | |
| | | Party represented: | cr | BANK OF AMERICA, N.A. |
| 7 | elf | 21-12469-elf | Gary Cooper | |
| | | Party represented: | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | amc | 21-12508-amc | Joseph K. Douglas | |
| | | Party represented: | cr | Bank of America, N.A. |