Certificate Number: 17572-PAE-DE-036347963

Bankruptcy Case Number: 18-17382



17572-PAE-DE-036347963

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 22, 2022, at 2:59 o'clock PM PST, Christopher G Raab completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 22, 2022              By:     /s/Leigh-Anna M Thompson

Name:   Leigh-Anna M Thompson

Title:  Counselor