Certificate Number: 17572-PAE-DE-036347963

Bankruptcy Case Number: 18-17382



17572-PAE-DE-036347963

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 22, 2022</u>, at <u>2:59</u> o'clock <u>PM PST</u>, <u>Christopher G Raab</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>February 22, 2022</u>          By:      <u>/s/Leigh-Anna M Thompson</u>

Name:    <u>Leigh-Anna M Thompson</u>

Title:   <u>Counselor</u>