United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                            Case No. 18-17382-pmm
Christopher Gerald Raab                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: admin        Page 1 of 4
Date Rcvd: Feb 23, 2022        Form ID: 138OBJ        Total Noticed: 54

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Christopher Gerald Raab, 253 Main St, Mohnton, PA 19540-2207 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14265238 | + | ABC Supply Co., Inc. #89, One ABC Parkway, Beloit, WI 53511, ATN: Legal & Collections 53511-4466 |
| 14237498 | + | Bayview Loan Svc., LLC, Kevin G. McDonald, Esq, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14226207 | | Berks County Court of Common Pleas, 633 Court St, Reading, PA 19601-4302 |
| 14226229 | | Berks County Court of Common Pleas, 633 Court St, Reading, PA19601-4302 |
| 14226212 | | CGR Construction, Inc, 253 Main St, Mohnton, PA 19540-2207 |
| 14226234 | | CGR Construction, Inc, 253 Main St, Mohnton, PA19540-2207 |
| 14645556 | + | CSMC 2021-RPL7 Trust, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14645626 | + | CSMC 2021-RPL7 Trust, Andrew M. Lubin, Esquire, Milstead & Associates, LLC, 1 E. Stow Road, Marlton NJ 08053-3118 |
| 14226217 | | Denise L Zatratz, 253 Main St, Mohnton, PA 19540-2207 |
| 14226218 | | Kozloff Stoudt Attorneys, 2640 Westview Dr, Wyomissing, PA 19610-1186 |
| 14364432 | + | Lau & Associates, P.C., 4228 St. Lawrence Avenue, Reading, PA 19606-2894 |
| 14226226 | | VIST Bank, PO Box 741, Leesport, PA 19533-0741 |
| 14226248 | | VIST Bank, PO Box 741, Leesport, PA19533-0741 |
| 14256221 | + | VIST Bank f/k/a Leesport Bank, Attn: Lewis D. Freeman, III, S.V.P., 1240 Broadcasting Road, P.O. Box 6219, Wyomissing, PA 19610-0219 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 24 2022 00:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 24 2022 00:13:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14226206 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Feb 24 2022 00:13:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd Fl 5, Miami, FL 33146-1873 |
| 14256887 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Feb 24 2022 00:13:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1873 |
| 14226208 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2022 00:22:26 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14226230 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2022 00:22:33 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD57117-6497 |
| 14226209 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2022 00:12:00 | Cabelas WFB, PO Box 82608, Lincoln, NE 68501-2608 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14226231 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2022 00:11:59 | Cabelas WFB, PO Box 82608, Lincoln, NE68501-2608 |
| 14226210 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2022 00:11:40 | Capital One / Boscov's, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14226232 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2022 00:11:59 | Capital One / Boscov's, PO Box 30253, Salt Lake City, UT84130-0253 |
| 14237938 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2022 00:22:17 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14226211 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2022 00:22:17 | Capital One/Best Buy, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14226233 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2022 00:11:59 | Capital One/Best Buy, PO Box 30253, Salt Lake City, UT84130-0253 |
| 14226215 | | Email/Text: bankruptcycollections@citadelbanking.com | Feb 24 2022 00:13:00 | Citadel Federal Credit Unio, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14226237 | | Email/Text: bankruptcycollections@citadelbanking.com | Feb 24 2022 00:13:00 | Citadel Federal Credit Unio, 520 Eagleview Blvd, Exton, PA19341-1119 |
| 14226216 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 24 2022 00:13:00 | Comenity Bank/TREK, Comenity Bank/TREK, PO Box 182789, Columbus, OH 43218-2789 |
| 14552803 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Feb 24 2022 00:13:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 14226213 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 24 2022 00:11:49 | Chase Auto, PO Box 901003, Fort Worth, TX 76101-2003 |
| 14226214 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 24 2022 00:11:39 | Chase Mortgage, PO Box 24696, Columbus, OH 43224-0696 |
| 14227024 | + | Email/PDF: rmscedi@recoverycorp.com | Feb 24 2022 00:12:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14226220 | | Email/PDF: gecsedi@recoverycorp.com | Feb 24 2022 00:22:17 | SYNCB/ Sam's Club DC, PO Box 965036, Orlando, FL 32896-5036 |
| 14226242 | | Email/PDF: gecsedi@recoverycorp.com | Feb 24 2022 00:12:00 | SYNCB/ Sam's Club DC, PO Box 965036, Orlando, FL32896-5036 |
| 14226221 | | Email/PDF: gecsedi@recoverycorp.com | Feb 24 2022 00:22:33 | SYNCB/HH Gregg, PO Box 965036, Orlando, FL 32896-5036 |
| 14226243 | | Email/PDF: gecsedi@recoverycorp.com | Feb 24 2022 00:22:17 | SYNCB/HH Gregg, PO Box 965036, Orlando, FL32896-5036 |
| 14226244 | | Email/PDF: gecsedi@recoverycorp.com | Feb 24 2022 00:22:17 | SYNCB/Home Design-Outdoor Living, PO Box 965036, Orlando, FL32896-5036 |
| 14226222 | | Email/PDF: gecsedi@recoverycorp.com | Feb 24 2022 00:12:01 | SYNCB/Home Design-Outdoor Living, PO Box 965036, Orlando, FL 32896-5036 |
| 14226223 | | Email/PDF: gecsedi@recoverycorp.com | Feb 24 2022 00:12:00 | SYNCB/Old Navy, PO Box 965036, Orlando, FL 32896-5036 |
| 14226245 | | Email/PDF: gecsedi@recoverycorp.com | Feb 24 2022 00:22:16 | SYNCB/Old Navy, PO Box 965036, Orlando, FL32896-5036 |
| 14226219 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2022 00:22:19 | Sears/CBNA, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 14226224 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2022 00:22:19 | Tractor Supply/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14226246 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2022 00:22:33 | Tractor Supply/CBNA, PO Box 6497, Sioux Falls, SD57117-6497 |
| 14226225 | | Email/Text: membersolutions@visionsfcu.org | Feb 24 2022 00:13:00 | Visions Federal Credit Union, 24 McKinley Ave, |

|  |  |  |  | Endicott, NY 13760-5415 |
|---|---|---|---|---|
| 14226227 |  | Email/PDF: DellBKNotifications@resurgent.com | Feb 24 2022 00:22:25 | Webbank/DFS, PO Box 81607, Austin, TX 78708-1607 |
| 14226249 |  | Email/PDF: DellBKNotifications@resurgent.com | Feb 24 2022 00:22:25 | Webbank/DFS, PO Box 81607, Austin, TX78708-1607 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14226228 | *+ | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd Fl 5, Miami, FL 33146-1873 |
| 14226238 | * | Comenity Bank/TREK, Comenity Bank/TREK, PO Box 182789, Columbus, OH 43218-2789 |
| 14226239 | * | Denise L Zatratz, 253 Main St, Mohnton, PA 19540-2207 |
| 14226235 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Auto, PO Box 901003, Fort Worth, TX 76101-2003 |
| 14226236 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Mortgage, PO Box 24696, Columbus, OH 43224-0696 |
| 14226240 | * | Kozloff Stoudt Attorneys, 2640 Westview Dr, Wyomissing, PA 19610-1186 |
| 14226241 | * | Sears/CBNA, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 14226247 | *P++ | VISIONS FEDERAL CREDIT UNION, ATTN BANKRUPTCY, 24 MCKINLEY AVE, ENDICOTT NY 13760-5491, address filed with court:, Visions Federal Credit Union, 24 McKinley Ave, Endicott, NY13760-5415 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 25, 2022                                Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES N. SHURR, JR. | on behalf of Creditor VIST Bank cshurr@kozloffstoudt.com dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com;lbemis@kozloffstoudt.com |
| KEVIN G. MCDONALD | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com |
| LORRAINE GAZZARA DOYLE | on behalf of Creditor CSMC 2021-RPL7 Trust ldoyle@milsteadlaw.com  bankruptcy@friedmanvartolo.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Community Loan Servicing f/k/a Bayview Loan Servicing  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 4 of 4 |
| Date Rcvd: Feb 23, 2022 | Form ID: 138OBJ | Total Noticed: 54 |

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

SHAWN J. LAU
    on behalf of Debtor Christopher Gerald Raab shawn_lau@msn.com g61705@notify.cincompass.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Christopher Gerald Raab

    Debtor(s)

Case No: 18−17382−pmm

Chapter: 13

---

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/23/22